# United States District Court Violation Notice

**CVB Location Code:** GU10

**Violation Number:** 6947942
**Officer Name (Print):** Benavente, Ian
**Officer No.:** IB7572

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 01/10/23 0728am
**Offense Charged:** ☐ CFR ☐ USC ☒ State Code
**Code:** 14 GCA 3301(a)
**Place of Offense:** Route 1 Marine Corp Drive Shoreline Road
**HAZMAT:** ☐

**Offense Description; Factual Basis for Charge:**
Speeding - 1-10 mph over limit

## DEFENDANT INFORMATION

**Last Name:** Delacoudray
**First Name:** Kevyn
**M.I.:** T.
**Street Address:** [REDACTED]

**Tag No.:** CP6644
**State:** GU
**Year:** 09
**Make/Model:** Mazda 3
**PASS:** ☐
**Color:** Blue

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 80.00 Forfeiture Amount
+ $30 Processing Fee
**PAY THIS AMOUNT →** $ 110.00 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** United States District Court, District of Guam, 4th Floor US Courthouse 520 West Soledad Avenue, Hagatna Guam 96910

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

**X Defendant Signature:** [signed]
(Rev. 09/2015) Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation  ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 02/06/2023 15:57